IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Case No. 11-cr-00158-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

7.     WAYNE ALAN REID,

        Defendant.

---

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT WAYNE ALAN REID**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture **(#519)**. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on April 19, 2011;

THAT a Preliminary Order of Forfeiture was entered on March 18, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication was properly effected as required by 21 U.S.C. § 853(n);

THAT the time for any third parties to file a petition expired on May 19, 2013;

THAT as of June 20, 2013, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion is GRANTED and judgment of forfeiture of the following shall enter in favor of the United States pursuant to 21 U.S.C. § 853 free from the claims of any other party:

    a.    $114,000.00 in United States Currency,

    b.    $2,614.00 in United States Currency; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 24th day of June, 2013.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Court